**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CLESTER BILLS                                                                            PLAINTIFF

v.                                                3:17CV00180-JM-JJV

SHON RANNEY, Mississippi
County Detention Facility; *et al.*                                        DEFENDANTS

## JUDGMENT

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED without prejudice.

    DATED this 8th day of September, 2017.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1